UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JESSICA E. STEWART, ET AL., Plaintiffs | CIVIL DOCKET NO. 1:19-CV-01343 |
| VERSUS | JUDGE DRELL |
| CITIY OF LECOMPTE, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 14) is GRANTED IN PART as to Plaintiffs' claim for punitive damages and that claim is DISMISSED WITH PREJUDICE.

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 14) is GRANTED IN PART as to Plaintiffs' § 1983 claim against the Town of Lecompte for damages pursuant to *respondeat superior* liability and that claim is DISMISSED WITH PREJUDICE.

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 14) is DENIED IN PART as to Plaintiffs' state law claim against the Town of Lecompte for damages pursuant to *respondeat superior* liability.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 21st day of October, 2020.

                                                JUDGE DEE D. DRELL
                                          UNITED STATES DISTRICT COURT