UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JESSICA E. STEWART, ET AL., Plaintiffs | CIVIL DOCKET NO. 1:19-CV-01343 |
| VERSUS | JUDGE DRELL |
| CITIY OF LECOMPTE, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (ECF No. 39) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 21st day of October, 2020.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT